The affidavit found by the majority to be insufficient under the provisions of Rule 56(e), A.R.Civ.P., was made on personal knowledge, and the documents attached to the affidavit and mentioned in the affidavit, in my opinion, were sufficiently authenticated for the purpose of being considered in opposition to the motion for summary judgment. The majority, I believe, incorrectly determines that the affidavit is insufficient; therefore, I dissent.
 ON APPLICATION FOR REHEARING
KENNEDY, Justice.
APPLICATION OVERRULED; NO OPINION.
HORNSBY, C.J., and JONES, ALMON, SHORES, ADAMS, HOUSTON, STEAGALL and KENNEDY, JJ., concur.
MADDOX, J., dissents.